**No. 60365.**—Express Trading Corp. and the J. P. Fleisig Co. et al. *v.* United States, protests 292099–K, etc. (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of chair seats similar in all material respects to those the subject of Abstract 59222, the claim of the plaintiffs was sustained.